# Court of Appeals
# of the State of Georgia

ATLANTA,  March 23, 2021

*The Court of Appeals hereby passes the following order:*

## A21A1149. RAYMOND v. THE STATE.

Deandrez Ison Raymond was indicted in 2018 on various criminal charges. His attorney, Renata Newbill-Jallow, filed various pre-trial motions and notices on Raymond's behalf through August 2019. Another attorney, Craig Bonnell, filed an entry of appearance and substitution of counsel on Raymond's behalf in January 2020 and later filed discovery requests in the case. From June 2019 through February 2021, acting pro se, Raymond filed motions to dismiss the indictment, for bond, and to reconsider bond. The trial court notified Raymond in July 2019 that it would not consider the motion for bond he submitted pro se because he was represented by an attorney. Raymond has now filed a pro se notice of appeal, seeking to challenge an order of the Chief Justice of the Supreme Court of Georgia extending the declaration of a statewide judicial emergency. We lack jurisdiction.

"A criminal defendant in Georgia does not have the right to represent himself and also be represented by an attorney, and pro se filings by represented parties are therefore unauthorized and without effect." *Tolbert v. Toole*, 296 Ga. 357, 363 (3) (767 SE2d 24) (2014) (punctuation omitted). There is nothing in the record indicating that Raymond's second attorney either withdrew or was relieved from representation. See *White v. State*, 302 Ga. 315, 318 (2) (806 SE2d 489) (2017). In fact, in his pro se motions to dismiss the indictment (filed in November 2020) and to reconsider bond (filed in February 2021), Raymond acknowledges that he is represented by counsel. Under the circumstances, Raymond's pro se notice of appeal had no legal effect and did not divest the trial court of jurisdiction to try him. See *Tolbert*, supra; see generally *Soberanis v. State*, 345 Ga. App. 403, 405 (812 SE2d 800) (2018).

Accordingly, the appeal is DISMISSED.  The Clerk of Court is DIRECTED to send a copy of this order to Raymond and to his attorney of record, Craig Bonnell.



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,  03/23/2021     *
     *I certify that the above is a true extract from* *the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court* *hereto affixed the day and year last above written.*

_____ *, Clerk.*